THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| XIDRONE SYSTEMS, INC.,<br><br>Plaintiff,<br>v.<br><br>FORTEM TECHNOLOGIES, INC.,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTIONS TO FILE UNDER SEAL<br><br>Case No. 2:23-cv-00430-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Dustin B. Pead |

Both Plaintiff and Defendant move the court under DUCivR 5-3(b) to file certain information under seal.[1] The court GRANTS both motions.

In addition, the court notes that under DUCivR 5-3,

> If the sole basis for proposing that the Document be sealed is that another party designated it as confidential or for attorneys' eyes only, then so state that reason in the motion. If the designating party seeks to have the Document remain under seal, the designating party must file a Motion for Leave to File Under Seal in accordance with DUCivR 5-3(b)(2) within 7 days of service of the motion. If the designating party does not file a motion within 7 days, the original motion may be denied, and the Document may be unsealed without further notice.[2]

Both motions note that the request to file under seal is based on a party's designation of materials as confidential-attorney's eyes only. Accordingly, the respective party is to follow the procedures in the Local Rules and the parties are to cooperate in determining what items should be filed under seal.[3]

IT IS SO ORDERED.

---

[1] ECF No. 30, ECF No. 35.

[2] DUCivR 5-3(b)(2)(C)(i) (2023).

[3] This includes avoiding filing a baseless opposition to a party's motion to seal that occurs far too often.

DATED this 22 July 2024.

_____
Dustin B. Pead
United States Magistrate Judge