THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| XIDRONE SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> FORTEM TECHNOLOGIES, INC., <br><br> Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL <br><br> Case No. 2:23-cv-00430-AMA-DBP <br><br> District Judge Ann Marie McIff Allen <br><br> Chief Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 5-3(b), Defendant Fortem Technologies, Inc. moves the court to file under seal certain documents.[1] These documents have been designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff Xidrone Systems, Inc. Defendant notes Xidrone's designation is the sole basis for requesting the Motion.[2]

The court GRANTS the motion.

DATED this 19 August 2024.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] ECF No. 44.

[2] *See* DUCivR 5-3(b)(2)(C)(i) (2024) ("If the sole basis for proposing that the Document be sealed is that another party designated it as confidential or for attorneys' eyes only, then so state that reason in the motion. If the designating party seeks to have the Document remain under seal, the designating party must file a Motion for Leave to File Under Seal in accordance with DUCivR 5-3(b)(2) within 7 days of service of the motion. If the designating party does not file a motion within 7 days, the original motion may be denied, and the Document may be unsealed without further notice.").